# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 AUG 28 PM 1:15

DEPUTY CLERK [initials]

Coleman, Cosandra
Plaintiff

v.

GEARHEART & GearHEART CPA
Defendant

3-17CV2282-D
Civil Action No.

## COMPLAINT

Contacting Gearheard & Gearheart their refusing sending me any copys of buziness dealinge with the family Estates or release Power of Attonery even after knowinly should've be given to next living hleirs. To which by his doing has keep family ownership of the corent producing companies.

* Attach additional pages as needed.

Date: 8-26-2017

Signature: Casandra Coleman

Print Name: Casandra D. Coleman

Address: 593 W. 8th st

City, State, Zip: Lancaster TX 75146

Telephone: 469-595-3864

8-28-2017

I Casandra Coleman state the following to be true and correct.

I Casandra Coleman born Heir to Wilmer Howard Est and Fannie Howard Est to which upon this date 8-28-17 have only recieved $17.57 (see exhibit 1) On a about May 2017 I contact Texas Unclaimed and recieved notice on ten current production companies (see ex. 2 ) and twelve (12) Capital Credit Distribution on Rusk County Electric COOP INC. (see ex ) Texas Unclaimed Property reported Fannie M. Howard Owner to each property, current production payments and capital distribution. Fannie Howard date of death is Oct. 26, 1986. Wilmer Howard date of death is year 2003 It wasn't brought to my attention until passing of my uncle Laurence Howard [illegible] on Dec. 6 2009.

do by notice from my father Alvester Coleman that Lee A Gearheart was appointed Trustee/Power of Attorney over family Estates. To this day Mr. Lee Gearheart has not and has refuse to transfer mineral interest, property, deed to property, bank accounts, information on the 22 production companies or never transfer Power of Attorney to none of living Heirs. I Casandra Coleman has never needed or appointed anyone to be the power of Attorney or representative over my heirship of the Estates. My exhibits (1- ) shows proof of 470 Racketeer Influenced and Corrupt Orgainazaitions threw by unauthorized acts performed as part of an ongoing criminal organization, Knowingly keeping current information withheld from next living Heir.

Sincerly
Casandra Coleman

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 AUG 28 AM 11:46
DEPUTY CLERK

Cosandra Coleman
Plaintiff

v.

3-17CV2282-D
Case Number

Gearheart & Gearheart C.P.A
Defendant

See attached pages

* Attach additional pages as needed.

Date 8-28-2017

Signature Casandra Coleman

Print Name Cosandra Coleman

Address 523 W 8th Street

City, State, Zip Lancaster, TX 75641

Telephone 469-595-3864

# THE STATE OF TEXAS PAYMENT INFORMATION

| INVOICE NUMBER | INVOICE DATE | INVOICE DESCRIPTION | DOCUMENT | INVOICE AMOUNT |
|---|---|---|---|---|
| UNCLAIMED PROPERTY | | UNCLAIMED PROPERTY | 97554410 | 17.57 |

ISSUE DATE: 08/03/2017 WARRANT TOTAL: $17.57

PAYEE NUMBER: 7XXXXX53390 MAIL CODE: 002 WARRANT NUMBER: 137153751

PAYEE NAME: CASANDRA COLEMAN HEIR

— NON-NEGOTIABLE —

***For questions about this payment or to sign up for Direct Deposit, please contact your paying agency:***

COMPTROLLER - STATE FISCAL 512-463-4561

Would you like to view:

- Your state payment history and download it?
- The invoice description information for a payment?
- The phone number of the paying agency?

You can view all of this and more on our Search State Payments Issued website. Go to COMPTROLLER.TEXAS.GOV, click on 'State Payments Issued' or click the 'About' tab, then 'Video Library' under News and Media for short how-to videos on using Search State Payments Issued.

Also consider enrolling in direct deposit. It's easy, fast and secure. Contact your paying agency named on this payment stub to sign up.

Printed by Texas Comptroller of Public Accounts
sPayeeResources.org

▼ *Detach here before depositing* ▼



# CERTIFICATION OF VITAL RECORD

## COUNTY OF RUSK, TEXAS

00024611 VOL: 2622 PG: 503

STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NO.

Texas Department of Health — BUREAU OF VITAL STATISTICS

1. NAME OF DECEASED [Type or print]: [a] First: Fannie; [b] Middle: A.; [c] Last: Howard
2. SEX: female
3. DATE OF DEATH: 10-26-86
4. RACE: Black
5a. WAS THE DECEDENT OF SPANISH ORIGIN? No
5b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.:
6. DATE OF BIRTH: [redacted]
7. AGE [In years last birthday]: 42 — IF UNDER 1 YEAR: Months / Days — IF UNDER 24 HOURS: Hours / Minutes
8a. PLACE OF DEATH — COUNTY: Rusk
8b. CITY OR TOWN [If outside city limits, give precinct no.]: Henderson
8c. NAME OF HOSPITAL OR INSTITUTION [If not in hospital, give street address]: Henderson Memorial Hos.
8d. INSIDE CITY LIMITS? yes
9. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED [Specify]: married
10. BIRTHPLACE [State or foreign country]: Texas
11. CITIZEN OF WHAT COUNTRY? U.S.A.
12. WAS DECEDENT EVER IN U.S. ARMED FORCES? No
13. SURVIVING SPOUSE [If wife, give maiden name]: Wilma Howard
14. SOCIAL SECURITY NO.: [redacted]-9177
15a. USUAL OCCUPATION [Give kind of work done during most of working life, even if retired]: Housekeeper
15b. KIND OF BUSINESS OR INDUSTRY: Own Home
16a. RESIDENCE — STATE: Texas
16b. COUNTY: Rusk
16c. CITY OR TOWN [If outside city limits, show rural]: Tatum (RURAL)
16d. STREET ADDRESS [If rural, give location]: Rte. 1 Box 225
16e. INSIDE CITY LIMITS? No
17. FATHER'S NAME: Buck Coleman
18. MOTHER'S MAIDEN NAME: Burlina Mapps
19. SIGNATURE OF INFORMANT: Albesta Coleman

CAUSE OF DEATH

20. PART I — IMMEDIATE CAUSE [Enter only one cause per line for (a), (b), (c)]
- (a) Renal failure — Interval between onset and death: 2 days
- Conditions, if any, which gave rise to immediate cause stating the underlying cause last — (b) DUE TO, OR AS A CONSEQUENCE OF: Diabetes mellitus — Interval between onset and death: 15 yrs
- (c) DUE TO, OR AS A CONSEQUENCE OF: — Interval between onset and death:

PART II — OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

21. AUTOPSY? No

22a. ACC., SUICIDE, HOM., UNDET., OR PENDING INVEST. [Specify]:
22b. DATE OF INJURY [Mo., Day, Yr.]:
22c. HOUR OF INJURY: M.
22d. DESCRIBE HOW INJURY OCCURRED:
22e. INJURY AT WORK [Specify yes or no]:
22f. PLACE OF INJURY—At home, farm, street, factory, office building, etc. [Specify]:
22g. LOCATION: STREET OR R.F.D. NO. / CITY OR TOWN / STATE

CERTIFIER — To be completed by CERTIFYING PHYSICIAN only

23a. To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) stated [Signature and Title]: [signature] A. Wolfe MD
23b. DATE SIGNED [Mo., Day, Yr.]: 10-28-86
23c. HOUR OF DEATH: 9:10 P.M.
23d. NAME OF ATTENDING PHYSICIAN [Type or print]: Dr. A. Wolfe

To be completed by MEDICAL EXAMINER or CORONER only

24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place and due to the cause(s) stated [Signature and Title]:
24b. DATE SIGNED [Mo., Day, Yr.]:
24c. HOUR OF DEATH:
24d. PRONOUNCED DEAD [Mo., Day, Year] ON
24e. PRONOUNCED DEAD [Hour] AT

25a. BURIAL, CREMATION, REMOVAL [Specify]: burial
25b. DATE: 11-01-86
25c. NAME OF CEMETERY OR CREMATORY: Smith Chapel
25d. LOCATION [City, town, or county]: Rusk County [State]: Texas
26. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: F.M. Washington — SOUTHERN FUNERAL HOME F.M. WASHINGTON # 5051
27a. REGISTRAR'S FILE NO.: 253
27b. DATE REC'D BY LOCAL REGISTRAR: OCTOBER 29, 1986
27c. SIGNATURE OF LOCAL REGISTRAR: HELEN SILLICK, COUNTY CLERK BY: [signature] DEPUTY

VS-112, REV. 1/80

R01750

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Chapter 678, Health & Safety Code, 1989.

ISSUED MAY 19 2005

JOYCE LEWIS, COUNTY CLERK, RUSK COUNTY, TEXAS





CERTIFICATION OF VITAL RECORD

## COUNTY OF RUSK, TEXAS

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS
CERTIFICATE OF BIRTH

1. PLACE OF BIRTH
STATE OF TEXAS
COUNTY OF Rusk
City or Precinct No. Rt 4 Henderson

2. Full Name of Child Wilmer Howard

| 3. Sex | 4. Twin, Triplet, Other | 5. Number, in Order of Birth | 6. Legitimate? | 7. Date of Birth |
|---|---|---|---|---|
| male | | | yes | [redacted] 19 |

| FATHER | | MOTHER | |
|---|---|---|---|
| 8. Full Name | Peter Howard | 14. Full Maiden Name | Georgia Harris |
| 9. Residence at Time of this Birth | Rt. 4, Henderson, Tex | 15. Residence at Time of this Birth | Rt 4 Henderson, Tex |
| 10. Color or Race | negro | 16. Color or Race | negro |
| 11. Age at Time of this Birth | 55 (Years) | 17. Age at Time of this Birth | 39 (Years) |
| 12. Birthplace (State or Country) | Rusk County Texas | 18. Birthplace (State or Country) | Rusk Co Texas |
| 13a. Trade, Profession, or Kind of Work Done | farmer | 19a. Trade, Profession, or Kind of Work Done | housewife |
| 13b. Industry or Business in Which Engaged | farm | 19b. Industry or Business in Which Engaged | own home |
| 20. Number of Children of this Mother Including this Birth | 11 | 21. Number of Children Born to this Mother and Now Living | 11 |

I hereby certify to the birth of this child, who was born alive / stillborn at 6 A.M. on the date stated above.

22. Signature Georgie Howard Address Rt 4 Henderson, Tex

MILITARY EX-SERVICE RECORD OF FATHER

(1) Is the father reported to have been in such service?

(2) Name of organization in which service was rendered

(3) Serial Number of Discharge Papers or Adjusted Service Certificate

AFFIDAVIT A

STATE OF TEXAS
COUNTY OF RUSK

Before me on this day appeared Georgie Howard, known to me to be the person who signed the certificate attached hereto, who on oath deposes and says that the facts stated in the foregoing birth certificate of Wilmer Howard are true and correct to the best of her knowledge and belief, and that she was acquainted with the facts at the time of the event.

Signed: Georgie Howard

Sworn to and subscribed before me this 8th day of July 1943.

Hallye Fite,
Notary Public in and for Rusk County Texas.

(LS)

AFFIDAVIT B

STATE OF TEXAS
COUNTY OF RUSK

Before me on this day appeared Bose Brown known to me to be the person who signed this affidavit, who on oath deposes and says that the facts stated in the foregoing birth certificate of Wilmer Howard are true and correct to the best of his knowledge and belief, and that he is acquainted with the facts and that he is not related to the individual by blood or marriage.

Signed (X his mark) Bose Brown

Sworn to and subscribed before me, this 8 day of July, 1943.

Hallye Fite
Notary Public in and for Rusk County Texas

(LS)

STATE OF TEXAS
COUNTY OF RUSK

The birth certificate of Wilmer Howard attached hereto, was submitted to this Court as provided for in H.B. No.614, 46th Leg., R.S.1939. It is the order of this Court that this record be accepted by the State Registrar for filing in the State Bureau of Vital Statistics.

Signed: R M Leath, Co.Judge
of Rusk County

Date July 8 1943.

A0809

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Chapter 678, Health & Safety Code, 1989.

ISSUED JAN 25 2010

Joyce Lewis
JOYCE LEWIS, COUNTY CLERK,
RUSK COUNTY, TEXAS

Form **56-F** (Rev. December 2009) Department of the Treasury Internal Revenue Service

# Notice Concerning Fiduciary Relationship of Financial Institution

**(Internal Revenue Code sections 6036, 6402, and 6903)**

OMB No. 1545-2159

For IRS Use Only

## Part I Identification

1 Name of person for whom you are acting (as shown on the tax return): Lawrence Howard Flanagan Trust

2 Employer identification number: 750187835/73-0739975 75-6404255

3 Address of financial institution (number, street, and room or suite no.): 511 Carver St

4 City, state, and ZIP code: Henderson TX 75652-5709

5 Telephone no. ( )

6 Check the applicable box for the type of financial institution: ☑ Bank ☐ Thrift

7 Check here ▶ ☐ if the financial institution is insolvent.

8 Enter the ending date of the financial institution's tax year (mo., day, yr.) ▶

9 Fiduciary's name: Citizens National Bank

10 Contact person: Lee Gearheart, TTEE

11 Address of fiduciary (number, street, and room or suite no.): 201 W Main St

12 City or town, state, and ZIP code: Henderson TX

13 Telephone no. (903) 657-8521

14 Check the applicable box if the fiduciary is a: ☑ Receiver ☐ Conservator

15 Check this box ▶ ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below: Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

16 Name of person for whom you are acting (as shown on the tax return)

17 Employer identification number

18 Address of the common parent (number, street, and room or suite no.)

19 City, state, and ZIP code

20 Check here ▶ ☐ if a copy of this form has been sent to the common parent of the group.

21 Enter the tax year(s) that the financial institution is or was a member of the consolidated group ▶ 1990

AUG 3 2017 RECEIVED 44115 ... SERVICE ... ANCE 5242

## Part II Authority

22 Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:

a ☐ Appointment of conservator

b ☑ Replacement of conservator

c ☐ Appointment of receiver

d ☐ Order of insolvency

e ☑ Other evidence of creation of fiduciary relationship (describe) ▶

## Part III Tax Notices

23 All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods or years involved.

Mr. Lee Gearheart has not turned over any tax information over since 2010. I have not filed in brothers name to this date payments or filing being done is unknown.

## Part IV Revocation or Termination of Notice

### Section A—Total Revocation or Termination

24 Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):

a ☐ Certified copy of court order revoking fiduciary authority attached.

b ☐ Copy of certificate of dissolution or termination of a business entity attached.

c ☑ Other evidence of termination of fiduciary relationship (describe) ▶ Copy from trustee claiming to turn over tax information to correct heir or estes.

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ Fiduciary's signature [signature] Title, if applicable Date 8-3-17

Form **2848** (Rev. Dec. 2015) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1 Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address: Lawrence Howard Flanagan

Taxpayer identification number(s): 75-6404255

Daytime telephone number

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

Name and address: Alvester Coleman, 3021 Forestdale Ln, Balch Springs. TX 75180

CAF No.
PTIN
Telephone No.
Fax No.

Check if to be sent copies of notices and communications ☑

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242

CAF No.
PTIN
Telephone No.
Fax No.

Check if to be sent copies of notices and communications ☐

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

AUG 04 2017

RECEIVED

44104

CAF No.
PTIN
Telephone No.
Fax No.

(Note: IRS sends notices and communications to only two representatives.)

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

(Note: IRS sends notices and communications to only two representatives.)

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3 Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Estate / trust | 1041, 1099 | 1990-2009 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific Use Not Recorded on CAF** . . . . . . . . . . . . . . . . ▶ ☐

**5a Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties; ☐ Substitute or add representative(s); ☐ Sign a return; ______

☐ Other acts authorized: ______



Comptroller of Public Accounts FORM (Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

Claim number **17554410**

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claimant name: CASANDRA COLEMAN

**13** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address: PO BOX 1238 TATUM, TX 75691- 401 | | |
| Property type: CAPITAL CREDIT DISTRIBUTION | Description | |
| Reporting company: RUSK COUNTY ELECTRIC COOP INC | Last active date: 12/3/2009 | Claimed amount: $.25 |

**14** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address: | | |
| Property type: CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company: PETRO-HUNT LLC | Last active date: 10/1/2006 | Claimed amount: $.57 |

**15** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address: RR 1 BOX 225 TATUM, TX 75691- 401 | | |
| Property type: CAPITAL CREDIT DISTRIBUTION | Description | |
| Reporting company: RUSK COUNTY ELECTRIC COOP INC | Last active date: 12/3/2009 | Claimed amount: $.07 |

**16** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address: PO BOX 1238 TATUM, TX 75691- 401 | | |
| Property type: CAPITAL CREDIT DISTRIBUTION | Description | |
| Reporting company: RUSK COUNTY ELECTRIC COOP INC | Last active date: 12/2/2010 | Claimed amount: $.24 |

**17** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address: RR 1 BOX 225 TATUM, TX 75691- 401 | | |
| Property type: CAPITAL CREDIT DISTRIBUTION | Description | |
| Reporting company: RUSK COUNTY ELECTRIC COOP INC | Last active date: 12/2/2010 | Claimed amount: $.07 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

Texas Comptroller of Public Accounts FORM (Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

Claim number **17554410**

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claimant name: CASANDRA COLEMAN

**18** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/1/2011 |
| Claimed amount | $.23 |

**19** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/1/2011 |
| Claimed amount | $.07 |

**20** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 11/27/2012 |
| Claimed amount | $.23 |

**21** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 11/27/2012 |
| Claimed amount | $.07 |

**22** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE ROSSER HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | MINERAL ROYALTY |
| Description | |
| Reporting company | OCCIDENTAL O&G CO |
| Last active date | 1/1/1986 |
| Claimed amount | $10.65 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

(Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number: **17554410**

Claimant name: CASANDRA COLEMAN

**8 — PROPERTY INFORMATION – FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 12/1/2001 |
| Claimed amount | $.18 |

**9 — PROPERTY INFORMATION – FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/5/2007 |
| Claimed amount | $.30 |

**10 — PROPERTY INFORMATION – FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/5/2007 |
| Claimed amount | $.08 |

**11 — PROPERTY INFORMATION – FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2008 |
| Claimed amount | $.29 |

**12 — PROPERTY INFORMATION – FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2008 |
| Claimed amount | $.08 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

Comptroller of Public Accounts FORM 53-023 (Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

Claim number **17554410**

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claimant name: CASANDRA COLEMAN

**3** — *PROPERTY INFORMATION – FOR OFFICE USE ONLY*

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 10/1/2005 | $.85 |

**4** — *PROPERTY INFORMATION – FOR OFFICE USE ONLY*

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| | | |
| Property type | Description | |
| MINERAL ROYALTY | | |
| Reporting company | Last active date | Claimed amount |
| PETRO HUNT LLC | 8/1/1996 | $1.72 |

**5** — *PROPERTY INFORMATION – FOR OFFICE USE ONLY*

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| , TX | | |
| Property type | Description | |
| MINERAL ROYALTY | | |
| Reporting company | Last active date | Claimed amount |
| PETRO HUNT LLC | 11/30/2002 | $.31 |

**6** — *PROPERTY INFORMATION – FOR OFFICE USE ONLY*

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 12/1/2000 | $.10 |

**7** — *PROPERTY INFORMATION – FOR OFFICE USE ONLY*

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 6/1/2001 | $.27 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

Comptroller of Public Accounts FORM (Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY GENERAL CLAIM FORM

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number
**17554410**

CASANDRA COLEMAN
593 W 8TH ST

LANCASTER, TX 75146-1579

Mail To: COMPTROLLER OF PUBLIC ACCOUNTS
Unclaimed Property Claims Section
P.O. Box 12046
Austin, TX 78711-2046

**CLAIMANT INFORMATION**

| Name (Last) (First) (Middle) (Maiden) | SSN / Estate or Trust Tax ID number |
|---|---|
| Additional owner (Last) (First) (Middle) (Maiden) | Claimant SSN |
| Current mailing address | Daytime phone (Area code and number) |
| City — Itemized claim form for your records | ZIP code |
| E-mail address | FAX (Area code and number) |

The named Claimant hereby certifies that this claim for property presumed abandoned is valid and just, that all statements herein are true and correct, and that upon payment of this claim said Claimant will indemnify and hold harmless the State of Texas, the Comptroller and its employees from any damages, claims, or losses of any kind resulting from the payment of the property to the Claimant.

| sign here | Claimant's signature | Date | Would you like to contribute all or part of your claim to the Match the Promise Foundation? |
|---|---|---|---|
| sign here | Additional owner's signature | Date | ☐ YES ☐ NO ____ % |

**PLEASE COMPLETE, SIGN AND RETURN THE CLAIM FORM WITH A COPY OF YOUR IDENTIFICATION EVEN IF YOU ARE UNABLE TO PROVIDE ALL THE REQUESTED DOCUMENTS.**

**1 — PROPERTY INFORMATION – FOR OFFICE USE ONLY**

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type: CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company: PETRO-HUNT LLC | Last active date: 12/1/2002 | Claimed amount: $.34 |

**2 — PROPERTY INFORMATION – FOR OFFICE USE ONLY**

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type: CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company: PETRO-HUNT LLC | Last active date: 10/1/2004 | Claimed amount: $.60 |

**— FOR INTERNAL USE ONLY —**

| Issued to | | | Claim number: 17554410 |
|---|---|---|---|
| Approved by | Date | Number of properties: 22 | Total amount of claim: $17.57 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

(Ex3 #3)

00090946 VOL: 2988 PG: 267

# NOTICE OF TERMINATION OF THE LAWRENCE HOWARD FLANAGAN TRUST DATED JULY 17, 1990

00090946

FILED FOR RECORD

Jan 28, 2010 03:16

JOYCE LEWIS-KUGLE, COUNTY CL
RUSK COUNTY, TEXAS
BY JMills DEPU

**STATE OF TEXAS** *
*
**COUNTY OF RUSK** *

**WHEREAS,** Lawrence Howard Flanagan is deceased having died on the 6th of December, 2009; and

**WHEREAS,** the Lawrence Howard Flanagan Trust has terminated upon the death of Lawrence Howard Flanagan, said trust agreement being dated July 17, 1990; and

**WHEREAS,** all of the assets of the estate have distributed to Alvester Coleman, one-third (1/3) and Daryl Howard, two-thirds (2/3), being the sole and only heirs of Lawrence Howard Flanagan, Deceased, and shown by Affidavit of Heirship on Lawrence Howard Flanagan, Deceased recorded in Volume 2979, Page 767, Official Public Records of Rusk County, Texas.

**NOW THEREFORE,** the Trustee, Lee A. Gearheart, effectively resigns from any continuing position of authority and does hereby declare that said Trust has terminated and is no longer of any force or effect.

**EXECUTED** this 28th day of **JANUARY, 2010.**

Lee A. Gearheart

**Lee A. Gearheart**, Individually and as Trustee of the Lawrence Howard Flanagan Trust

**STATE OF TEXAS** *
**COUNTY OF RUSK** *

**BEFORE ME,** the undersigned authority, on this day personally appeared **Lee A. Gearheart, Individually and as Trustee of the Lawrence Howard Flanagan Trust,** /✓/ known to me, /___/ or provided to me on the oath of ______________________, /___/ or through ____________________ (description of identity card or other document), to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that **he** executed the

GEARHEART & GEARHEART
*CERTIFIED PUBLIC ACCOUNTANTS*
122 NORTH CALHOUN
P. O. BOX 1685
HENDERSON, TEXAS 75653

LEE A. GEARHEART, CPA
PENNY GEARHEART, CPA
(903) 657-7794

MEMBERS
*AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS*
*TEXAS SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS*

February 9, 2005

Sandra Clark
Department of Aged and Disability
1400 Wilson
Henderson, TX 75652

Ply

Re: Lawrence Flanagan

Dear Sandra;

As we discussed, the trust allows me to distribute the net income to or for the benefit of Lawrence. The majority of the income is from a royalty interest paid by Union Pacific Resources. Since it is impossible to predict the income for 2005, the following analysis uses 2004 data for our best guess of income to be available for distribution to Lawrence:

| | |
|---|---|
| Net royalty for 2004 | $ 4,546.71 |
| Less 27.5% depletion | ( 1,250.35) |
| Subtotal | 3,296.36 |
| | |
| Interest – Citizens | 5.19 |
| Dividends – Edward Jones (account closed 11-22-04) | 9.16 |
| | |
| Less Trustee and CPA fees allocated to income | ( 325.00) |
| Less advalorem taxes allocated to income | ( 100.00) |
| | |
| Distributable net income | $ 2,965.71 |
| Divided by 12 months | 12 |
| | |
| Projected monthly income | $ 247.14 |

Please advise if I can be of further assistance.

Yours truly,

Lee A Gearheart, Trustee



ROBERT M. MINTON
DAVID P. BROWN

**MINTON & BROWN, PLLC**
ATTORNEYS AT LAW
HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING
134 NORTH MARSHALL STREET
P. O. BOX 1688
HENDERSON, TEXAS 75653-1688
E-mail: mintonbrown@suddenlinkmail.com

PHONE (903) 657-3543
FAX (903) 657-3545

December 23, 2009

B. P. America
P. O. Box 22047
Tulsa, Oklahoma 74121-2047

Union Pacific Resources Company
P.O. Box 7 MS 1099
Ft. Worth, Texas 76101-0007

XTO Energy, Inc.
810 Houston Street
Fort Worth, Texas 76102

Samson
Two West Second Street
Tulsa, Oklahoma 74103

Diamond S. Energy Company
P.O. Box 2260
Weatherford, Texas 76086

**RE: Transfer of Mineral Interest Ownership of Lawrence Howard Flanagan**

Gentlemen:

Enclosed please find a copy of a recorded Affidavit of Heirship on Lawrence Howard Flanagan whereby the accurate information concerning the survivors of Lawrence Howard Flanagan are set forth. I represent Daryl Howard and Alvester Coleman. According to my records, the addresses of those parties are as follows:

Mr. Daryl Howard
826 Smokey Oak Dr.
Lancaster, Texas 75146

Mr. Alvester Coleman
826 Smokey Oak Dr.
Lancaster, Texas 75146

Please issue new Division Orders to each of the above mailed directly to them, relating to the oil, gas, and mineral ownership in the units owned by Lawrence Howard Flanagan at the time of his death.

If there is anything else further that you need in order to transfer the interest referenced above, please let me know.

Yours very truly,

MINTON & BROWN, PLLC

BY: [signature]
Robert M. Minton

RMM/sda
Encl:
Cc: Mr. Alvester Coleman Mr. Daryl Howard

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

January 12, 2010

DARYL GENE HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

Re: LAWRENCE HOWARD FLANAGAN TRUST
75-6404255

Dear DARYL GENE HOWARD:

Enclosed is your Schedule K-1 (Form 1041) Beneficiary's Share of Income, Deductions, Credits,
Etc. for 2009 from the LAWRENCE HOWARD FLANAGAN TRUST. This information
reflects the amounts that you need to complete your 2009 income tax return. The amounts shown
are your distributive share of fiduciary tax items to be reported on your tax return and may not
correspond to the amount of cash you actually received during the year. This information is
included in the Fiduciary's 2009 Income Tax Return that was filed with the Internal Revenue
Service.

This is the final year that LAWRENCE HOWARD FLANAGAN TRUST will file an income tax
return. As a result, this will be the last Schedule K-1 (Form 1041) you will receive.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

LEE GEARHEART, TTEE

Enclosure(s)

**ROBERT M. MINTON**
**DAVID P. BROWN**

**MINTON & BROWN, PLLC**
**ATTORNEYS AT LAW**
**HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING**
**134 NORTH MARSHALL STREET**
**P. O. BOX 1688**
**HENDERSON, TEXAS 75653-1688**
**E-mail: mintonbrown@suddenlinkmail.com**

**PHONE** **(903) 657-3543**
**FAX** **(903) 657-3545**

February 8, 2010

Rebecca Wicke
Division of Interest Analyst
P. O. Box 22047
Tulsa, Oklahoma 74121-2047

**RE: Transfer of Mineral Interest Ownership of Lawrence Howard Flanagan, Deceased; BA Name: Winnie Howard Flanagan; BA #: 60072238; Property #: 101362; Property Name: Jenkins Gas Unit; Property Location: Rusk County, Texas**

Dear Ms. Wicke:

This needs to be redirected, as this firm is no longer involved in this matter.

Your attention to this matter will be thoroughly appreciated.

Yours very truly,

**MINTON & BROWN, PLLC**

**BY:** ______________________
Robert M. Minton

RMM/sda
Encl:

# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

www.cnbtexas.com

Copy

LAWRENCE HOWARD FLANAGAN TRUST
LEE A GEARHEART TRUSTEE
PO BOX 1685
HENDERSON TX 75653-1685

Page: 1

Account Number: 417610
Statement Date: 12/09/09
Checks/Items Enclosed: 0

With all the purchases you'll make this holiday season, it can be hard to know exactly how much you spend on presents, decorations, and all the trimmings. One easy way to keep track of it all is by using your debit card for all your holiday purchases.

SUPER CHECKING — LAWRENCE HOWARD FLANAGAN TRUST, LEE A GEARHEART TRUSTEE — Acct 417610

| | | | | |
|---|---|---|---|---|
| | Beginning Balance | 11/12/09 | 20,308.88 | |
| | Deposits / Misc Credits | 2 | 121.59 | |
| | Withdrawals / Misc Debits | 1 | 314.01 | |
| ** | Ending Balance | 12/09/09 | 20,116.46 | ** |
| | Service Charge | | .00 | |
| | Interest Paid Thru 12/09/09 | | 2.33 | |
| | Interest Paid Year To Date | | 35.57 | |
| | Annual Percentage Yield Earned | | .15 | |
| | Number of Days for A.P.Y.E. | | 28 | |
| | Average Balance for A.P.Y.E | | 20,264.45 | |
| | Average Collected Balance | | 20,264 | |

MISCELLANEOUS DEBITS & CREDITS

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 12/02 | ANADARKO PETROLE/EPOSPYMNTS | 119.26 | |
| 12/03 | TRANSFER TO 215155 | | 314.01 |
| 12/09 | INTEREST EARNED | 2.33 | |

DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/02 | 20,428.14 | 12/03 | 20,114.13 | 12/09 | 20,116.46 |

Proff of trust for Lawrence Howard Flanagan

1-7-10

1-4-09 132.50



# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## General Real Estate Property Information

New Property Search

Go To Previous Page

| Property ID: | 55969 |
|---|---|

**Account / Geo Number:**
00349-00191-00005-000000

**Property Legal Description:**
AB 349 T T GAMMAGE SUR

**Survey / Sub Division Abstract:**

**Block:**

**Property Location:**

**Section / Lot:**

**Owner Information:**
GEARHEART LEE & PENELOPE

PO Box 1685

Henderson TX 75653 1685

View Building Detail Information

View Land Detail Information

**Previous Owner:**
GEARHEART LEE & PENELOPE

View Previous Owner Information

**Deed Information:**

| Volume: | 2020 |
|---|---|
| Page: | 721 |
| File Number: | 18917 |
| Deed Date: | 6/13/1997 |

**Property Detail:**

| Agent: | None |
|---|---|
| Property Exempt: | |
| Category/SPTB Code: | D1 |
| Total Acres: | 4.251 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 280 |
| Land Market Value: | 15,300 |
| Improvement Value: | 0 |

View GIS Map

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

Printer Friendly Version

Click the button above for a printable version of this record with all available details.

* View 5 Year Value History

| Property Market Value: | 15,300 |
|---|---|

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 05 | RUSK COUNTY | 15,300 | | 0 | 280 |
| 05R | RUSK COUNTY SPEC ROAD | 15,300 | | 0 | 280 |
| 05S | COUNTY SCHOOL | 15,300 | | 0 | 280 |
| 46 | HENDERSON I.S.D. | 15,300 | | 0 | 280 |
| 65 | RUSK CO ESD#1 | 15,300 | | 0 | 280 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 15,300 | | 0 | 280 |

New Property Search　　Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2017 CERTIFIED Appraisal Values. © Rusk County Appraisal District | Last Data Update: 07/14/2017

PA
PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2017 Pritchard & Abbott, Inc. - All rights reserved.
Version 2.0.4

8/25/2017 Case 6:17-cv-00499-RWS-JDL Document 3 Filed 08/28/17 Page 23 of 36 PageID #: 27
Rusk County Appraisal District - Account#:0987488-1-0079348

Real Estate Appraisal Information is the 2017 CERTIFIED Appraisal Values. © Rusk County Appraisal District | Last Data Update: 07/14/2017

PA
PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2017 Pritchard & Abbott, Inc. - All rights reserved.
Version 2.0.4

http://www.ruskcad.org/(S(upbloqquhlprolvs3b5fvhyx))/mgeneral.aspx?ID=1214251&seq=1 2/2

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## General Real Estate Property Information

New Property Search

Go To Previous Page

| Property ID: | 62998 |
|---|---|

**Property Legal Description:**

LT 6 BLK F (3/712)
BROOKRIDGE VILLAS
WEST HALF DUPLEX

**Property Location:**

111 SUZY LN
HENDERSON TX 75654

**Owner Information:**

GEARHEART LEE & PENELOPE

PO Box 1685

Henderson TX 75653 1685

**Previous Owner:**

MEDTRAVEL DEVELOPMENT LP

View Previous Owner Information

**Account / Geo Number:**

02067-00006-00006-000000

**Survey / Sub Division Abstract:**

**Block:**

F

**Section / Lot:**

6

View Building Detail Information

View Land Detail Information

**Deed Information:**

| Volume: | 2820 |
|---|---|
| Page: | 588 |
| File Number: | 061577 |
| Deed Date: | 2/22/2008 |

**Property Detail:**

| Agent: | None |
|---|---|
| Property Exempt: | |
| Category/SPTB Code: | B2 |
| Total Acres: | 0.110 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 0 |
| Land Market Value: | 20,000 |
| Improvement Value: | 100,910 |

View GIS Map

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

Printer Friendly Version

Click the button above for a printable version of this record with all available details.

* View 5 Year Value History

| Property Market Value: | 120,910 |
|---|---|

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 05 | RUSK COUNTY | 120,910 | | 0 | 120,910 |
| 05R | RUSK COUNTY SPEC ROAD | 120,910 | | 0 | 120,910 |
| 05S | COUNTY SCHOOL | 120,910 | | 0 | 120,910 |
| 22 | CITY OF HENDERSON | 120,910 | | 0 | 120,910 |
| 46 | HENDERSON I.S.D. | 120,910 | | 0 | 120,910 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 120,910 | | 0 | 120,910 |

New Property Search Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2017 CERTIFIED Appraisal Values. © Rusk County Appraisal District | Last Data Update: 07/14/2017

PA
PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2017 Pritchard & Abbott, Inc. - All rights reserved.
Version 2.0.4



# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## General Real Estate Property Information

New Property Search

Go To Previous Page

| Property ID: | 62999 |
| --- | --- |

| Account / Geo Number: |
| --- |
| 02067-00006-00007-000000 |

| Property Legal Description: |
| --- |
| LT 7 BLK F (3/712) |
| BROOKRIDGE VILLAS |
| EAST HALF DUPLEX |
| |

| Survey / Sub Division Abstract: |
| --- |
| |
| |

| Block: |
| --- |
| F |

| Property Location: |
| --- |
| 113 SUZY LN |
| HENDERSON TX 75654 |

| Section / Lot: |
| --- |
| 7 |

| Owner Information: |
| --- |
| GEARHEART LEE & PENELOPE |
| |
| PO Box 1685 |
| |
| Henderson TX 75653 1685 |

View Building Detail Information

View Land Detail Information

| Previous Owner: |
| --- |
| MEDTRAVEL DEVELOPMENT LP |

View Previous Owner Information

| Deed Information: | |
| --- | --- |
| Volume: | 2820 |
| Page: | 588 |
| File Number: | 061577 |
| Deed Date: | 2/22/2008 |

| Property Detail: | |
| --- | --- |
| Agent: | None |
| Property Exempt: | |
| Category/SPTB Code: | B2 |
| Total Acres: | 0.110 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 0 |
| Land Market Value: | 20,000 |
| Improvement Value: | 101,240 |

View GIS Map

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

Printer Friendly Version

Click the button above for a printable version of this record with all available details.

* View 5 Year Value History

| Property Market Value: | 121,240 |
|---|---|

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 05 | RUSK COUNTY | 121,240 | | 0 | 121,240 |
| 05R | RUSK COUNTY SPEC ROAD | 121,240 | | 0 | 121,240 |
| 05S | COUNTY SCHOOL | 121,240 | | 0 | 121,240 |
| 22 | CITY OF HENDERSON | 121,240 | | 0 | 121,240 |
| 46 | HENDERSON I.S.D. | 121,240 | | 0 | 121,240 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 121,240 | | 0 | 121,240 |

New Property Search Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2017 CERTIFIED Appraisal Values. © Rusk County Appraisal District | Last Data Update: 07/14/2017

PA
PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2017 Pritchard & Abbott, Inc. - All rights reserved.
Version 2.0.4

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## General Real Estate Property Information

New Property Search

Go To Previous Page

| Property ID: | 34304 |
|---|---|

| Property Legal Description: |
|---|
| LT 7 BLK 5 ADAWAY CNTRY ESTS 2 |
| AB 880 J J Y BARBO SUR |
| |
| |

| Property Location: |
|---|
| 407 SANDY LN |
| HENDERSON TX 75652 |

| Owner Information: |
|---|
| GEARHEART LEE & PENELOPE |
| |
| PO Box 1685 |
| |
| Henderson TX 75653 1685 |

| Previous Owner: |
|---|
| JACKSON DONALD W & KAREN |

View Previous Owner Information

| Account / Geo Number: |
|---|
| 02940-00380-00000-000000 |

| Survey / Sub Division Abstract: |
|---|
| |
| |

| Block: |
|---|
| |

| Section / Lot: |
|---|
| |

View Building Detail Information

View Land Detail Information

Deed Information:

| Volume: | 1765 |
|---|---|
| Page: | 625 |
| File Number: | 36985 |
| Deed Date: | 3/6/1992 |

Property Detail:

| Agent: | None |
|---|---|
| Property Exempt: | |
| Category/SPTB Code: | A1 |
| Total Acres: | 5.630 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | HOMESTEAD |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 0 |
| Land Market Value: | 37,280 |
| Improvement Value: | 340,760 |

View GIS Map

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

Printer Friendly Version

Click the button above for a printable version of this record with all available details.

* View 5 Year Value History

| Property Market Value: | 378,040 |
|---|---|

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 05 | RUSK COUNTY | 378,040 | HOMESTEAD | 75,610 | 302,430 |
| 05R | RUSK COUNTY SPEC ROAD | 378,040 | HOMESTEAD | 78,610 | 299,430 |
| 05S | COUNTY SCHOOL | 378,040 | HOMESTEAD | 75,610 | 302,430 |
| 46 | HENDERSON I.S.D. | 378,040 | HOMESTEAD | 100,610 | 277,430 |
| 65 | RUSK CO ESD#1 | 378,040 | HOMESTEAD | 0 | 378,040 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 378,040 | HOMESTEAD | 75,610 | 302,430 |

New Property Search          Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2017 CERTIFIED Appraisal Values. © Rusk County Appraisal District | Last Data Update: 07/14/2017

PA
PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2017 Pritchard & Abbott, Inc. - All rights reserved.
Version 2.0.4

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## Mineral Property Information

New Property Search | Go To Previous Page

| Legal Information: |
|---|
| AB 759 T H SMITH SUR |
| RRC 6949 |
| GLOVER S A |
| 60080 |

| Account Number: |
|---|
| 0945252-4-0060080 |

| Operator: |
|---|
| BASA RESOURCES INC |

| Owner Information: |
|---|
| BASA RESOURCES INC (WI) |
| |
| 14875 LANDMARK BLVD STE 400 |
| |
| DALLASTX752541489 |

Lease Information:

| | |
|---|---|
| RRC#: | |
| Category Code: | G1 |
| Interest Type: | WI |
| Owner Interest: | 0 |
| Under 500: | No |
| Market Value: | 35,710 |
| Taxable Value: | 35,710 |

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 05 | RUSK COUNTY | 35,710 | 0 | 35,710 |
| 05R | RUSK COUNTY SPEC ROAD | 35,710 | 0 | 35,710 |
| 05S | COUNTY SCHOOL | 35,710 | 0 | 35,710 |
| 53 | WEST RUSK CO C.I.S.D. | 35,710 | 0 | 35,710 |
| 60 | KILGORE JR COLLEGE | 35,710 | 0 | 35,710 |
| 65 | RUSK CO ESD#1 | 35,710 | 0 | 35,710 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 35,710 | 0 | 35,710 |

New Property Search | Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2017 CERTIFIED Appraisal Values. © Rusk County Appraisal District | Last Data Update: 07/14/2017



©2017 Pritchard & Abbott, Inc. - All rights reserved.
Version 2.0.4



# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website

Hosted By Pritchard & Abbott, Inc.

Mineral Property Information

New Property Search | Go To Previous Page

| Legal Information: |
|---|
| AB 519 T J MARTIN SUR |
| RRC 7058 |
| YOUNG CLAYTON -C- |
| 75680 |

| Account Number: |
|---|
| 0945252-4-0075680 |

| Operator: |
|---|
| BASA RESOURCES INC |

| Owner Information: |
|---|
| BASA RESOURCES INC (WI) |
| |
| 14875 LANDMARK BLVD STE 400 |
| |
| DALLASTX752541489 |

Lease Information:

| | |
|---|---|
| RRC#: | |
| Category Code: | G1 |
| Interest Type: | WI |
| Owner Interest: | 0 |
| Under 500: | No |
| Market Value: | 17,490 |
| Taxable Value: | 17,490 |

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 05 | RUSK COUNTY | 17,490 | 0 | 17,490 |
| 05R | RUSK COUNTY SPEC ROAD | 17,490 | 0 | 17,490 |
| 05S | COUNTY SCHOOL | 17,490 | 0 | 17,490 |
| 23 | CITY OF NEW LONDON | 17,490 | 0 | 17,490 |
| 53 | WEST RUSK CO C.I.S.D. | 17,490 | 0 | 17,490 |
| 60 | KILGORE JR COLLEGE | 17,490 | 0 | 17,490 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 17,490 | 0 | 17,490 |

New Property Search | Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

8/25/2017 Case 6:17-cv-00499-RWS-JDL Document 3 Filed 08/28/17 Page 33 of 36 PageID #: 37
Rusk County Appraisal District - Account# 0945252-4-0075680

Real Estate Appraisal Information is the 2017 CERTIFIED Appraisal Values. © Rusk County Appraisal District | Last Data Update: 07/14/2017

PA
PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2017 Pritchard & Abbott, Inc. - All rights reserved.
Version 2.0.4

http://www.ruskcad.org/(S(upbloqquhlprolvs3b5fvhyx))/mgeneral.aspx?ID=119607&seq=1 2/2

Department of the Treasury — Internal Revenue Service

# Form 1041 U.S. Income Tax Return for Estates and Trusts 2004

OMB No. 1545-0092

A Type of entity (see instr): For calendar year 2004 or fiscal year beginning , 2004 and ending ,

- [ ] Decedent's estate
- [ ] Simple trust
- [X] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate — Chapter 7
- [ ] Bankruptcy estate — Chapter 11
- [ ] Pooled income fund

LAWRENCE HOWARD FLANAGAN TRUST
LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

COPY

C Employer identification number: 75-6404255

D Date entity created: 7/17/1990

E Nonexempt charitable and split-interest trusts, check applicable boxes (see instr):
- [ ] Described in section 4947(a)(1)
- [ ] Not a private foundation
- [ ] Described in section 4947(a)(2)

B Number of Schs K-1 attached (see instructions) ► 1

F Check applicable boxes: [ ] Initial return [ ] Final return [ ] Amended return [ ] Change in trust's name [ ] Change in fiduciary [ ] Change in fiduciary's name [ ] Change in fiduciary's address

G Pooled mortgage account (see instructions): [ ] Bought [ ] Sold Date:

| Section | Line | Description | Line | Amount |
|---|---|---|---|---|
| Income | 1 | Interest income SEE STATEMENT 1 | 1 | 5. |
| | 2a | Total ordinary dividends SEE STATEMENT 2 | 2 | 9. |
| | b | Qualified dividends allocable to: (1) Beneficiaries (2) Estate/trust | | |
| | 3 | Business income or (loss) (attach Schedule C or C-EZ (Form 1040)) | 3 | |
| | 4 | Capital gain or (loss) (attach Schedule D (Form 1041)) | 4 | -2,204. |
| | 5 | Rents, royalties, partnerships, other estates and trusts, etc (attach Schedule E (Form 1040)) | 5 | 4,546. |
| | 6 | Farm income or (loss) (attach Schedule F (Form 1040)) | 6 | |
| | 7 | Ordinary gain or (loss) (attach Form 4797) | 7 | |
| | 8 | Other income. List type and amount | 8 | |
| | 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 ► | 9 | 2,356. |
| Deductions | 10 | Interest. Check if Form 4952 is attached ► [ ] | 10 | |
| | 11 | Taxes SEE STATEMENT 3 | 11 | 700. |
| | 12 | Fiduciary fees | 12 | |
| | 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| | 14 | Attorney, accountant, and return preparer fees | 14 | 650. |
| | 15a | Other deductions **not** subject to the 2% floor (attach schedule) | 15a | |
| | b | Allowable miscellaneous itemized deductions subject to the 2% floor SEE STATEMENT 4 | 15b | 420. |
| | 16 | **Total.** Add lines 10 through 15b | 16 | 1,770. |
| | 17 | Adjusted total income or (loss). Subtract line 16 from line 9. Enter here and on Schedule B, line 1 ► | 17 | 586. |
| | 18 | Income distribution deduction (from Schedule B, line 15) (attach Schedules K-1 (Form 1041)) | 18 | 2,790. |
| | 19 | Estate tax deduction (including certain generation-skipping taxes) (attach computation) | 19 | |
| | 20 | Exemption | 20 | 100. |
| | 21 | **Total deductions.** Add lines 18 through 20 ► | 21 | 2,890. |
| Tax and Payments | 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | 22 | -2,304. |
| | 23 | **Total tax** (from Schedule G, line 7) | 23 | 0. |
| | 24 | Payments: a 2004 estimated tax payments and amount applied from 2003 return | 24a | |
| | b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| | c | Subtract line 24b from line 24a | 24c | |
| | d | Tax paid with extension of time to file: [ ] Form 2758 [ ] Form 8736 [ ] Form 8800 | 24d | |
| | e | Federal income tax withheld. If any is from Form(s) 1099, check ► [ ] | 24e | |
| | | Other payments: f Form 2439 ; g Form 4136 ; Total ► | 24h | |
| | 25 | **Total payments.** Add lines 24c through 24e, and 24h ► | 25 | |
| | 26 | Estimated tax penalty (see instructions) | 26 | |
| | 27 | **Tax due.** If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | |
| | 28 | **Overpayment.** If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | |
| | 29 | Amount of line 28 to be: a Credited to 2005 estimated tax ► ; b Refunded ► | 29 | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here** ► TAXPAYER'S COPY

Signature of fiduciary or officer representing fiduciary Date EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instrs)? [X] Yes [ ] No

Paid Preparer's Use Only

Preparer's signature ► Lee A. Gearheart CPA Date 10/17/05 Check if self-employed ► [X] Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed), address, and ZIP code ► GEARHEART & GEARHEART, CPAS, PO BOX 1685, HENDERSON, TX 75653-1685

EIN 75-2458139

Phone number (903) 657-7794

# Rusk County Appraisal District

## Chief Appraiser - Terry W. Decker, RPA, RTA



**Official Website**
Hosted By Pritchard & Abbott, Inc.



| Mineral Property Information |
|---|

New Property Search                    Go To Previous Page

| Legal Information: |
|---|
| AB 439 RICHARD INSALL SUR |
| MINNIE B YOUNG |
| TATUM CRANE UNIT TR 21 |
| 79340 |

| Account Number: |
|---|
| 0987488-1-0079340 |

| Operator: |
|---|
| PETRO-HUNT LLC |

| Owner Information: |
|---|

| HOWARD FANNIE MAE |
|---|
| |
| 3116 DALTON ST |
| |
| BATON ROUGE LA 70805 |

| Lease Information: |
|---|

| RRC#: | |
|---|---|
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 0 |

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 05 | RUSK COUNTY | 10 | 0 | 0 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 0 |
| 05S | COUNTY SCHOOL | 10 | 0 | 0 |
| 52 | TATUM I.S.D. | 10 | 0 | 0 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 0 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 0 |

New Property Search                    Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

RECEIVED AUG 28 2017 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Coleman, Casandra D.

**DEFENDANTS** CLEARHEART & CLEAR HEART CPA

**(b)** County of Residence of First Listed Plaintiff Dallas County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Rusk County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)* Minton & Brown, PLLC

3-17CV2282-D

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
Other:
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
[X] 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 USC 470 Racketeer Influenced and Corrupt Organizations
Brief description of cause: Unauthorized acts performed as part of an ongoing criminal organization

**VII. REQUESTED IN COMPLAINT:**
[X] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 50 Million
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes [X] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE David L. Horan DOCKET NUMBER 317CV01866-BN D#9

DATE SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE