IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CASANDRA COLEMAN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:17-CV-00499-RWS |
| | § | |
| v. | § | |
| | § | |
| GEARHEART & GEARHEART CPA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On September 11, 2017, the Magistrate Judge issued his Report and Recommendation (Docket No. 10), recommending that Plaintiff's claims be dismissed without prejudice for failure to state a claim upon which relief can be granted.

According to the United States Postal Service, Plaintiff received a copy of the Report and Recommendation via certified mail on September 16, 2017. Since that time, no objections have been filed. Accordingly, the Court reviews the Magistrate Judge's Report and Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the findings and conclusions of the Magistrate Judge, the Court agrees with the Magistrate Judge that Plaintiff has not alleged any activity proscribed by statute. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the Complaint (Docket No. 3) is hereby **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 24th day of October, 2017.**

						_____
						ROBERT W. SCHROEDER III
						UNITED STATES DISTRICT JUDGE