# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CASANDRA COLEMAN, | § |
| Plaintiff, | § CIVIL ACTION NO. 6:17-CV-00499-RWS |
| v. | § |
| GEARHEART & GEARHEART CPA, | § |
| Defendant. | § |

## FINAL JUDGMENT

Pursuant to the Court's Order dismissing Plaintiff's claims without prejudice, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them. It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 24th day of October, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE